278

UNITED STATES of America,
Plaintiff–Appellee,

v.

Richard Burton PIDCOKE, Jr.,
Defendant–Appellant.

No. 04–50096.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Oct. 13, 2004.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Eric Joseph Davis, Houston, TX, for Defendant–Appellant.

Before JONES, BARKSDALE and PRADO, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Richard Burton Pidcoke, Jr., has requested leave to withdraw from this appeal and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Pidcoke has filed a response in which he raises claims pursuant to *Blakely v. Washington,* —— U.S. ——, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004).

Our independent review of counsel's brief, Pidcoke's response, and the record discloses no nonfrivolous issues for appeal. Counsel's motion for leave to withdraw is

GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

APPEAL DISMISSED; MOTION TO WITHDRAW GRANTED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.